# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50387  **Case Name:** Jennifer Gladwell Henson and Jason Daniel Henson
**Set:** 05/27/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson
**matter** Confirmation Hearing

Minute Entry Re: (related document(s): [9] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)