United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-50387-KMS
Jennifer Gladwell Henson  Chapter 13
Jason Daniel Henson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Jun 10, 2025      Form ID: n031      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jennifer Gladwell Henson, Jason Daniel Henson, 4768 Hwy 589, Sumrall, MS 39482-9605 |
| 5488055 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 5488057 | + | Courtney & Camp, PO Box 529, Jackson, MS 39205-0529 |
| 5488059 | + | Forrest General, PO Box 16389, Hattiesburg, MS 39404-6389 |
| 5504007 | + | HATTIESBURG HB MEDICAL SERVICES LLC, HATTIESBURG HB MED SERVICES CO PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5489522 | + | U.S. Department of Housing and Urban Development, 77 Forsyth Street SW, Atlanta, GA 30303-3490 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5515964 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 10 2025 19:27:37 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5514858 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 10 2025 19:27:38 | Ally Capital, Ally Capital c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5488053 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 10 2025 19:26:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5498937 | ^ | MEBN | Jun 10 2025 19:23:12 | CITIZENS BANK NA f/k/a RBS CITIZENS NA, C/O Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 5488054 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 10 2025 19:27:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5488056 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2025 19:27:29 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5488060 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2025 19:26:00 | Department of Treasury - Internal Revenue Service, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5488058 | + | Email/Text: ksmith@ffin.com | Jun 10 2025 19:26:00 | First Financial Bank, Attn: Bankruptcy, 400 Pine St, Abilene, TX 79601-5104 |
| 5488061 | + | Email/Text: ebone.woods@usdoj.gov | Jun 10 2025 19:26:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5509546 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 10 2025 19:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5514772 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2025 19:27:29 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: n031 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 5488062 | + | Email/Text: bankruptcy@marineone.com | Jun 10 2025 19:26:00 | Marine1 Acceptance, Attn: Bankruptcy, 5000 Quorum Dr, Ste 200, Dallas, TX 75254-7405 |
| 5500441 | + | Email/Text: pasi_bankruptcy@chs.net | Jun 10 2025 19:26:00 | Merit Health Wesley, c/o PASI, PO Box 188, Brentwood TN 37024-0188 |
| 5494852 | + | Email/Text: BKNC@rlselaw.com | Jun 10 2025 19:26:00 | Natalie Kareda Brown, Esq., Rubin Lublin, LLC, For Citizens Bank NA f/k/a RBS Citizens, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5488063 | + | Email/Text: netcreditbnc@enova.com | Jun 10 2025 19:27:09 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5488064 | + | Email/PDF: cbp@omf.com | Jun 10 2025 19:27:28 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5498832 | | Email/PDF: cbp@omf.com | Jun 10 2025 19:27:28 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5489949 | + | Email/PDF: cbp@omf.com | Jun 10 2025 19:27:28 | OneMain Financial Group, LLC-as servicer for OneMa, Financial Credit Card Trust, OneMain Financial, PO Box 981037, Boston, MA 02298-1037 |
| 5514900 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2025 19:27:39 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5488065 | | Email/Text: bankruptcy@self.inc | Jun 10 2025 19:26:00 | Self Financial Inc., Attn: Bankruptcy, 515 Congress Ave #2200, Austin, TX 78701 |
| 5488066 | + | Email/Text: Tracey@sra-inc.net | Jun 10 2025 19:26:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 5488067 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 10 2025 19:27:28 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5488068 | ^ | MEBN | Jun 10 2025 19:23:11 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5488069 | + | Email/PDF: cbp@omf.com | Jun 10 2025 19:27:32 | WebBank/OneMain, Attn: Bankruptcy, 215 South State St, Ste 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIZENS BANK NA F/K/A RBS CITIZENS NA |
| cr | | CITIZENS BANK NA f/k/a RBS CITIZENS NA |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jun 10, 2025 | Form ID: n031 | Total Noticed: 30 |
| Date: Jun 12, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:**

**Name**     **Email Address**

David Rawlings
ecfnotices@rawlings13.net  sduncan@rawlings13.net

Natalie Kareda Brown
on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA nbrown@rlselaw.com
lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Thomas Carl Rollins, Jr
on behalf of Joint Debtor Jason Daniel Henson trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
on behalf of Debtor Jennifer Gladwell Henson trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50387−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Jennifer Gladwell Henson<br>4768 Hwy 589<br>Sumrall, MS 39482 | Jason Daniel Henson<br>4768 Hwy 589<br>Sumrall, MS 39482 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on June 10, 2025 (Dkt. # 27 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: June 10, 2025                                               Danny L. Miller, Clerk of Court