IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jennifer Gladwell Henson                                   Case No. 25-50387-KMS
         Jason Daniel Henson, Debtors                                            CHAPTER 13

## MOTION TO ALLOW TRANSFER OF FUNDS

COME NOW, Debtors, by and through counsel, and moves this Court to approve the transfer of certain property and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor Jennifer Gladwell Henson started a Go Fund Me Page for a co-worker who passed away.
3. Debtor had the funds from the Go Fund Me Page deposited into her bank account in the amount of $3,128.00 which were used to purchase gift cards, and the funds were transferred on April 17, 2025.

Debtors are requesting this Honorable Court approval for the transfer of the funds to Dana Myers *Nunc Pro Tunc*.

WHEREFORE, Debtors pray that this motion be approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion were forwarded on June 26, 2025, to:

By Electronic CM/ECF Notice:

  Chapter 13 Trustee

  United States Trustee

            /s/ Thomas C. Rollins, Jr.
            Thomas C. Rollins, Jr.