# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jennifer Gladwell Henson                              Case No. 25-50387-KMS
         Jason Daniel Henson, Debtors                                    CHAPTER 13

## NOTICE

Debtors have filed papers with the court to approve transfer of funds. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to allow the claim, or if you want the court to consider your views on the Motion, then on or before 21 days you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
P.O. Box 2448
Jackson, MS 39225-2448

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
702 West Pine St.
Hattiesburg, MS 39401
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion.

Date: June 26, 2025             Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             The Rollins Law Firm, PLLC
                                             P.O Box 13767
                                             Jackson, MS 39236
                                             601-500-5533
                                             trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jennifer Gladwell Henson                                   Case No. 25-50387-KMS
         Jason Daniel Henson, Debtors                                          CHAPTER 13

**MOTION TO ALLOW TRANSFER OF FUNDS**

COME NOW, Debtors, by and through counsel, and moves this Court to approve the transfer of certain property and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor Jennifer Gladwell Henson started a Go Fund Me Page for a co-worker who passed away.
3. Debtor had the funds from the Go Fund Me Page deposited into her bank account in the amount of $3,128.00 which were used to purchase gift cards, and the funds were transferred on April 17, 2025.

Debtors are requesting this Honorable Court approval for the transfer of the funds to Dana Myers *Nunc Pro Tunc*.

WHEREFORE, Debtors pray that this motion be approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion were forwarded on June 26, 2025, to:

By Electronic CM/ECF Notice:

    Chapter 13 Trustee

    United States Trustee

                             <u>/s/ Thomas C. Rollins, Jr.</u>
                               Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-50387 |
|---|---|
| JENNIFER GLADWELL HENSON<br>JASON DANIEL HENSON | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/26/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Transfer of Funds

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/26/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>JENNIFER GLADWELL HENSON<br>JASON DANIEL HENSON | CASE NO: 25-50387<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 6/26/2025, a copy of the following documents, described below,

Notice and Motion to Allow Transfer of Funds

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/26/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-50387<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU JUN 26 12-15-35 PST 2025 | ~~(U)CITIZENS BANK NA FKA RBS CITIZENS NA~~ | ~~(D)CITIZENS BANK NA FKA RBS CITIZENS N~~ |

| ~~EXCLUDE~~ | | |
|---|---|---|
| ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL JR US COURTHOUSE~~<br>~~2012 15TH STREET SUITE 244~~<br>~~GULFPORT MS 39501 2036~~ | ALLY BANK<br>CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | ALLY CAPITAL<br>ALLY CAPITAL CO AIS PORTFOLIO SERVICES<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| ALLY FINANCIAL INC<br>ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON IL 55438-0901 | (P)CCO MORTGAGE CORP<br>10561 TELEGRAPH RD<br>GLEN ALLEN VA 23059-4577 | CITIZENS BANK NA FKA RBS CITIZENS NA<br>CO CITIZENS BANK NA<br>10561 TELEGRAPH ROAD<br>GLEN ALLEN VA 23059-4577 |
| CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CITIBANK<br>PO BOX 790040<br>ST LOUIS MO 63179-0040 | COURTNEY CAMP<br>PO BOX 529<br>JACKSON MS 39205-0529 |
| DEPARTMENT OF TREASURY INTERNAL REVENUE SE<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | FIRST FINANCIAL BANK<br>ATTN BANKRUPTCY<br>400 PINE ST<br>ABILENE TX 79601-5104 | FORREST GENERAL<br>PO BOX 16389<br>HATTIESBURG MS 39404-6389 |
| HATTIESBURG HB MEDICAL SERVICES LLC<br>HATTIESBURG HB MED SERVICES CO PASI<br>PO BOX 188<br>BRENTWOOD TN 37024-0188 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MARINE1 ACCEPTANCE<br>ATTN BANKRUPTCY<br>5000 QUORUM DR<br>STE 200<br>DALLAS TX 75254-7405 | MERIT HEALTH WESLEY<br>CO PASI<br>PO BOX 188<br>BRENTWOOD TN 37024-0188 |
| NATALIE KAREDA BROWN ESQ<br>RUBIN LUBLIN LLC<br>FOR CITIZENS BANK NA FKA RBS CITIZENS<br>3145 AVALON RIDGE PLACE SUITE 100<br>PEACHTREE CORNERS GA 30071-1570 | NETCREDIT<br>175 W JACKSON BLVD<br>SUITE 600<br>CHICAGO IL 60604-2948 | ONE MAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 |
| ONEMAIN FINANCIAL GROUP LLC<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | ONEMAIN FINANCIAL GROUP LLCAS SERVICER FOR<br>FINANCIAL CREDIT CARD TRUST<br>ONEMAIN FINANCIAL<br>PO BOX 981037<br>BOSTON MA 02298-1037 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
(P)SELF INC                           SMITH ROUCHON                         SYNCHRONY BANK
901 E 6TH STREET SUITE 400            1456 ELLIS AVE                        ATTN BANKRUPTCY
AUSTIN TX 78702-3241                  JACKSON   MS 39204-2204               PO BOX 965060
                                                                            ORLANDO   FL 32896-5060


                                                                            EXCLUDE
(P)US DEPARTMENT OF HOUSING AND URBAN  US ATTORNEY GENERAL                  UNITED STATES TRUSTEE
DEVELOPMENT                            US DEPT OF JUSTICE                   501 EAST COURT STREET
ATTN ROBERT ZAYAC                      950 PENNSYLVANIA AVENW               SUITE 6-430
40 MARIETTA ST SUITE 300               WASHINGTON   DC 20530-0001           JACKSON   MS 39201-5022
ATLANTA GA 30303-2812



                                      EXCLUDE
WEBBANKONEMAIN                        (P)DAVID RAWLINGS                     JASON DANIEL HENSON
ATTN BANKRUPTCY                       ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE 4768 HWY 589
215 SOUTH STATE ST                    PO BOX 566                            SUMRALL   MS 39482-9605
STE 1000                              HATTIESBURG MS 39403-0566
SALT LAKE CITY   UT 84111-2336



DEBTOR                                EXCLUDE
JENNIFER GLADWELL HENSON              THOMAS CARL ROLLINS JR
4768 HWY 589                          THE ROLLINS LAW FIRM   PLLC
SUMRALL   MS 39482-9605               PO BOX 13767
                                      JACKSON   MS 39236-3767
```