

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: July 22, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Jennifer Gladwell Henson**                 Case No. 25-50387-KMS
**Jason Daniel Henson, Debtors**                 CHAPTER 13

## <u>ORDER APPROVING THE MOTION TO ALLOW TRANSFER OF FUNDS</u>

THIS CAUSE having come on this date on the debtors' Motion to Allow Transfer of Funds (DK#32 ), the Court having reviewed and considered the facts herein, and there being no objection from the trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Allow Transfer of Funds is granted.  Debtor Jennifer Gladwell Henson has approval for the transfer of funds to Dana Myers on April 17, 2025 *Nunc Pro Tunc*. This Order binds those creditors and parties in interest that have been properly served.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR