United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50387-KMS
Jennifer Gladwell Henson Chapter 13
Jason Daniel Henson
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Dec 29, 2025 | Form ID: n001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jennifer Gladwell Henson, Jason Daniel Henson, 4768 Hwy 589, Sumrall, MS 39482-9605 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5498832 | Email/PDF: cbp@omf.com | Dec 29 2025 19:47:07 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5606155 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2025 19:47:07 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Natalie Kareda Brown | on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA nbrown@rlselaw.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Dec 29, 2025 | Form ID: n001 | Total Noticed: 3 |

    lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Thomas Carl Rollins, Jr

    on behalf of Joint Debtor Jason Daniel Henson trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

    on behalf of Debtor Jennifer Gladwell Henson trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:** Jennifer Gladwell Henson  
Jason Daniel Henson

**Case No.:** 25−50387−KMS

**Chapter** 13

**To:** Assignee/Transferee

Portfolio Recovery Associates, LLC  
PO Box 41067  
Norfolk, VA 23541

**To:** Assignor/Transferor

OneMain Financial Group, LLC  
OneMain  
PO Box 3251  
Evansville, IN 47731−3251

### Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that OneMain Financial Group, LLC has assigned/transferred its claim in the amount of $3,438.16 to Portfolio Recovery Associates, LLC.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **January 20, 2026** you are required to file a written response. Registered users of the Electronic Case Filing (ECF) system should file any response using ECF. Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court  
Dan M. Russell, Jr. U.S. Courthouse  
2012 15th Street, Suite 244  
Gulfport, MS 39501

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: December 29, 2025

Danny L. Miller, Clerk of Court  
Dan M. Russell, Jr. U.S. Courthouse  
2012 15th Street, Suite 244  
Gulfport, MS 39501

228−563−1790