**Fill in this information to identify the case:**

Debtor 1        Jennifer Gladwell Henson

Debtor 2        Jason Daniel Henson
(Spouse, if filing)

United States Bankruptcy Court for the:        Southern District of Mississippi
State

Case number        25-50387-KMS

Official Form 410S1

# Notice of Mortgage Payment Change                    12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    **CITIZENS BANK NA f/k/a RBS CITIZENS NA**        **Court claim no.** (if known): **6**

**Last 4 digits** of any number you use to identify the debtor's account:        **9073**

**Date of payment change:**
Must be at least 21 days after date of this notice                    **06/01/2026**

**New total payment:**
Principal, interest, and escrow, if any        **$ 1,943.52**
*For HELOC payment amounts, see Part 3*

## Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ **475.62**        **New escrow payment:** $ **478.76**

## Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____ %        **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____        **New principal and interest payment:** $ _____

Debtor 1     Jennifer Gladwell Henson                              Case number (if known)  25-50387-KMS
             First Name      Middle Name      Last Name

## Part 3:   Annual HELOC Notice

3.  **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**
    ☒ No
    ☐ Yes.

    Current HELOC payment:                    $ _____
    Reconciliation amount:          + $ _____  or
                                    - $ _____

    Amount of next payment (including reconciliation amount)              $ _____
    Amount of the new payment thereafter (without reconciliation amount)  $ _____

## Part 4:   Other Payment Change

4.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
    ☒ No
    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  *(Court approval may be required before the payment change can take effect.)*

    Reason for change: _____

    Current mortgage payment:    $ _____          New mortgage payment:       $ _____

## Part 5:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

𝗫 /s/ Natalie Brown _____        Date   4/30/2026 _____
       Signature

Print:   Natalie Brown _____        Title   Attorney for Creditor _____
         First Name    Middle Name    Last Name

Company  Rubin Lublin, LLC _____

Address  3145 Avalon Ridge Place, Suite 100 _____
         Number         Street
         Peachtree Corners, GA 30071 _____
         City                State    ZIP Code

Contact phone (877) 813-0992 _____        Email   nbrown@rlselaw.com _____



**Citizens**™

P.O. Box 6260, Glen Allen, VA 23058-6260

citizensbank.com

JENNIFER HENSON
JASON HENSON
4768 HIGHWAY 589
SUMRALL MS 39482

Page 1 of 4

## Escrow Account Disclosure Statement
### April 22, 2026

| Loan Number | |
|---|---|
| Account Review Period | May 2026 - May 2026 |
| New Payment Effective Date | **June 1, 2026** |
| New Payment Amount | **$1,943.52** |

Property Address:    4768 HIGHWAY 589
                     SUMRALL, MS 39482

Each year we review your escrow account to make sure there's enough money to pay your real estate taxes and/or insurance premiums when they're due. Any increase or decrease in these items may result in a change to your mortgage payment. This statement provides details about your escrow account, including any changes in your payment going forward - be sure to review it closely.

Here's our estimated beginning balance for your escrow account compared to what's required. The difference helps us determine whether or not you'll have enough money in your account to pay your escrow items.

| | |
|---|---|
| Estimated Escrow Beginning Balance | $2,307.56 |
| +Adjustments based on your Bankruptcy Plan | $89.75 |
| Required Escrow Beginning Balance | $2,940.56 |
| **Based on our review, you have a shortage of $543.25.** | |

## Your Mortgage Payment

We've identified a shortage in your escrow account. Here are the details of your new payment starting June 1, 2026.

| | Current Payment | New Payment |
|---|---|---|
| Principal and/or Interest | $1,464.76 | **$1,464.76** |
| Escrow | $401.10 | **$433.49** |
| Optional Insurance | $0.00 | **$0.00** |
| Shortage/Surplus | $0.00 | **$45.27** |
| **Total Payment Amount** | **$1,865.86** | **$1,943.52** |

We've automatically spread the shortage of $543.25 over the next 12 months. Your new payment will be **$1,943.52**.

**NOTE:** If you use a bill pay service, be sure to let them know about the change to your payment. If you have electronic payments set up with us, no need to do anything — we'll automatically adjust your payment to the new amount.

If you have an adjustable rate mortgage (ARM), you'll receive a separate notice when your interest rate is scheduled to adjust and if your payment will change.

## Your Escrow Payment Over the Next 12 Months

We estimate your total taxes and/or insurance to be $5,201.79 for the next 12 months. Here's how we calculated your new monthly escrow payment:

| Estimated Annual Cost | |
| --- | --- |
| Property Insurance | $2,606.00 |
| Real Estate Taxes | $1,408.75 |
| Mortgage Insurance | $1,187.04 |
| Total Escrow | $5,201.79 |

| Estimated Monthly Escrow Payment | |
| --- | --- |
| Total Escrow | $5,201.79 |
| Divided by 12 Months | 12 |
| New Monthly Escrow Payment | $433.49 |

## Your Escrow Account History

The information below reflects the actual activity that occurred in your escrow account since your last analysis compared to the activity we estimated. Any differences are marked with a ▲.

### Activity History from May 2026 to May 2026

| Date | Your Payment to Escrow | Your Estimated Payment to Escrow | What we Paid | What we Estimated to Pay | Description | Actual Balance | Estimated Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Beginning Balance | $1,930.86 | $2,605.98 |
| May 2026 | $475.62 E | $426.84 | $98.92 E | $98.92 | RBP PREMIUM | $2,307.56 | $2,933.90 |
| **Total** | **$475.62** | **$426.84** | **$98.92** | **$98.92** | | | |

The letter **E** beside an amount indicates that the payment or disbursement hasn't yet occurred, but is expected to occur as shown.

## Your Estimated Escrow Account Activity Over the Next 12 Months

Here's the activity we anticipate will occur in your escrow account over the next 12 months.

| Date | Payment to Escrow | Payment from Escrow | Description | | Estimated Balance* | Required Balance |
|---|---|---|---|---|---|---|
| | | | | Beginning Balance | $2,307.56 | $2,940.56 |
| Jun 2026 | $433.49 | $98.92 | RBP PREMIUM | | $2,642.13 | $3,275.13 |
| Jun 2026 | $0.00 | $2,606.00 | HAZARD INS | | $36.13 L | $669.13 M |
| Jul 2026 | $433.49 | $98.92 | RBP PREMIUM | | $370.70 | $1,003.70 |
| Aug 2026 | $433.49 | $98.92 | RBP PREMIUM | | $705.27 | $1,338.27 |
| Sep 2026 | $433.49 | $98.92 | RBP PREMIUM | | $1,039.84 | $1,672.84 |
| Oct 2026 | $433.49 | $98.92 | RBP PREMIUM | | $1,374.41 | $2,007.41 |
| Nov 2026 | $433.49 | $98.92 | RBP PREMIUM | | $1,708.98 | $2,341.98 |
| Dec 2026 | $433.49 | $98.92 | RBP PREMIUM | | $2,043.55 | $2,676.55 |
| Dec 2026 | $0.00 | $1,328.94 | COUNTY TAX | | $714.61 | $1,347.61 |
| Dec 2026 | $0.00 | $79.81 | COUNTY TAX | | $634.80 | $1,267.80 |
| Jan 2027 | $433.49 | $98.92 | RBP PREMIUM | | $969.37 | $1,602.37 |
| Feb 2027 | $433.49 | $98.92 | RBP PREMIUM | | $1,303.94 | $1,936.94 |
| Mar 2027 | $433.49 | $98.92 | RBP PREMIUM | | $1,638.51 | $2,271.51 |
| Apr 2027 | $433.49 | $98.92 | RBP PREMIUM | | $1,973.08 | $2,606.08 |
| May 2027 | $433.49 | $98.92 | RBP PREMIUM | | $2,307.65 | $2,940.65 |
| Total | $5,201.88 | $5,201.79 | | | | |

*The estimated balance is based on you making all the payments as required. We also used the most recent tax and/or insurance information available.

**L Projected low point:** This is the point at which the estimated escrow balance will reach its lowest point.

**M Minimum escrow balance:** This is the minimum escrow balance allowed by state law and/or your loan documents. This covers unexpected increases in your taxes and/or insurance. Your minimum escrow balance is $669.13.

## Additional Information

### Contact Us
Phone: ███████████ Monday through Friday from 8 a.m. to 8 p.m. ET. If you have a hearing or speech impairment, you can reach us at ███████████

Email:   Go to **citizensbankonline.com** to send us a secure message

Mail:    Citizens, Attn: Customer Service, P.O. Box 6260, Glen Allen, VA 23058-6260

You can also find answers to frequently asked questions about escrow once you're logged in to your account at citizensbankonline.com.

### Address for Certain Loan Requests and Notifications
The address below must be used to notify us of a possible error, request information, dispute credit reporting or opt out of bankruptcy statements, and can be used to file a complaint.

Citizens, Attn: Customer Service, P.O. Box 6260, Glen Allen, VA 23058-6260

### Interested in Automatic Payments
Want peace of mind that your payments will be made on time, every time?  Go to Citizens mobile app, visit citizensbankonline.com or call ███████████ to set up automatic payments today.

### Want to Refinance
Give us a call at ███████████ Monday through Thursday from 8 a.m. to 8 p.m. ET, Friday 8 a.m. to 6 p.m. ET or Saturday 9 a.m. to 3 p.m. ET to explore your options.

### Trouble Making your Payments
We're here to help – just give us a call at ███████████ Monday through Friday from 8 a.m. to 8 p.m. ET, to discuss possible options for assistance.

### Important Servicer Notice
This is an attempt to collect a debt. Any information obtained will be used for that purpose.

### Important Bankruptcy Information
If you are subject to a pending bankruptcy proceeding, or if you have received a discharge, this communication is for information purposes only. It is to advise you of the status of the loan and is not an attempt to collect a debt.

### For New York Loans Only
You may file complaints and obtain further information about the servicer by contacting the New York State Department of Financial Services Consumer Assistance Unit at ███████████ or by visiting  www.dfs.ny.gov. This servicer is not registered with the New York Superintendent of Financial Services. Citizens uses third party providers in connection with the servicing of your loan and remains responsible for all actions taken by such providers.



P.O. Box 6260, Glen Allen, VA 23058-6260



citizensbank.com

April 22, 2026

Dear JENNIFER HENSON and JASON HENSON,

If you'd like, you can pay the entire escrow shortage/deficiency amount of $543.25 that's shown on your enclosed Annual Escrow Statement in one payment.

Keep in mind, you're not required to make this one-time payment to satisfy the shortage/deficiency - it's completely voluntary. The shortage/deficiency will be collected in equal amounts as indicated on your statement unless you decide to make the voluntary payment.

**Making the shortage/deficiency payment**
If you'd like to pay the full shortage/deficiency amount so it's not included in your new mortgage payment, please make your payment so **we receive it by May 25, 2026**, to allow enough time for processing and updating your account before your new payment amount is due. (If we receive your shortage/deficiency payment after this date, we'll apply it to the shortage/deficiency, but your new mortgage payment may take effect before we're able to process it and adjust your loan accordingly. If this happens, you will need to submit the new payment amount until your loan is updated.)

| | | |
|---|---|---|
| **Online:** citizensbankonline.com | **Mobile App:** Citizens | **Mail:** Use shortage coupon below |

**Note:** If you'd like to make your shortage payment on our website or through our mobile app, click on your mortgage account, select "Payment", choose "Make an additional payment", then select "Other Payment". Add your payment amount in the "Additional Escrow" box.

**Payment details if shortage/deficiency is paid**
Here are your payment details if we receive the shortage/deficiency amount in full **by May 25, 2026**:

| | |
|---|---|
| Principal and/or Interest | $1,464.76 |
| Escrow | $433.49 |
| Optional Insurance | $0.00 |
| Escrow Shortage/Deficiency | $0.00 |
| **Total Payment Amount** | **$1,898.25** |

**Note:** Even if you pay the full shortage/deficiency amount, your loan payment may still increase if your property taxes and/or insurance premiums increase.

If you have questions, give us a call at ██████████ Monday through Friday from 8 a.m. to 8 p.m. ET. If you have a hearing or speech impairment, you can reach us at ██████████

Sincerely,

Citizens

---

**Escrow Shortage Payment Coupon**

Loan Number ██████████
Customer Name: JENNIFER HENSON and JASON HENSON

To pay the shortage amount in full, mail this coupon along with your check to the address below. Be sure to include your loan number on your check. Please don't include this check with your mortgage payment.

**Citizens**
**P. O. Box 40520**
**Providence, RI 02940-0520**

Escrow Shortage: $543.25

Amount Enclosed: $_____



10561 Telegraph Road
Glen Allen, VA 23059

**April 24, 2026**

**DAVID RAWLINGS**
**P.O. BOX 566**
**HATTIESBURG MS 39403**

**Re: Property address: 4768 Highway 589**
　　　　　　**Sumrall MS 39482**
　**Borrowers: Jennifer Henson**
　　　　　**Jason Henson**
　**Bankruptcy Case Number:** ███
　**Chapter: 13**
　**Citizens Loan Number:** ███

**Dear Trustee,**

**An escrow analysis was performed on the loan referenced above in April, 2026. We sent the escrow analysis statement to the debtor(s).**

**The new payment, that includes principal, interest and the updated escrow amount, will be $ 1,943.52, effective for the payment due on June 01, 2026. Our records show this loan is contractually due for March 01, 2026.**

**Please adjust your records to reflect the new payment amount. We also sent a payment change letter to the debtor's attorney, if applicable.**

**We will be filing the payment change notice with the Bankruptcy Court in accordance with Rule 3002.1(b) of the Federal Rules of Bankruptcy Procedure.**

**If you have questions, give us a call at** ███**, Monday through Friday from 8 am to 8 pm ET. If you have a hearing or speech impairment, you can reach the relay service at** ███

**Sincerely,**

**Citizens**



Mortgages and home equity loans are offered and originated by Citizens Bank, N.A. (NMLS ID# 433960). All loans are subject to approval.
⌂ Equal Housing Lender



**10561 Telegraph Road**
**Glen Allen, VA 23059**

**April 24, 2026**

**THOMAS CARL ROLLINS, JR**
**PO BOX 13767,**
**JACKSON MS 39236**

**Re: Property address: 4768 Highway 589**
              **Sumrall MS 39482**
     **Borrowers: Jennifer Henson**
             **Jason Henson**
     **Bankruptcy Case Number:** ▮▮▮▮▮
     **Chapter: 13**
     **Citizens Loan Number** ▮▮▮▮▮▮

**Dear Counsel,**

**An escrow analysis was performed on the loan referenced above in April, 2026. We sent the escrow analysis statement to your client(s).**

**The new payment, that includes principal, interest and the updated escrow amount, will be $ 1,943.52, effective for the payment due on June 01, 2026. Our records show this loan is contractually due for March 01, 2026.**

**Please have your client(s) adjust the payment amount. We also sent a payment change letter to the trustee.**

**We will be filing the payment change notice with the Bankruptcy Court in accordance with Rule 3002.1(b) of the Federal Rules of Bankruptcy Procedure.**

**If you have questions, give us a call at** ▮▮▮▮▮ **Monday through Friday from 8 am to 8 pm ET. If you have a hearing or speech impairment, you can reach the relay service at** ▮▮▮▮▮

**Sincerely,**

**Citizens**

Mortgages and home equity loans are offered and originated by Citizens Bank, N.A. ▮▮▮▮▮ . All loans are subject to approval.
⌂ Equal Housing Lender

<u>CERTIFICATE OF SERVICE</u>

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Notice of Payment Change to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Jennifer Gladwell Henson
4768 Hwy 589
Sumrall, MS 39482

Jason Daniel Henson
4768 Hwy 589
Sumrall, MS 39482

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings, Trustee
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201


Executed on <u>4/30/2026</u>

By: <u>/s/ Natalie Brown</u>
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor