United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                    Case No. 25-50387-KMS

Jennifer Gladwell Henson                                                  Chapter 13

Jason Daniel Henson

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 14, 2026 | Form ID: n001 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jennifer Gladwell Henson, Jason Daniel Henson, 4768 Hwy 589, Sumrall, MS 39482-9605 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2026 19:38:11 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5498832 | Email/PDF: cbp@omf.com | May 14 2026 19:38:10 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5489949 | + Email/PDF: cbp@omf.com | May 14 2026 19:38:10 | OneMain Financial Group, LLC-as servicer for OneMa, Financial Credit Card Trust, OneMain Financial, PO Box 981037, Boston, MA 02298-1037 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | |

District/off: 0538-6                          User: mssbad                                    Page 2 of 2
Date Rcvd: May 14, 2026                       Form ID: n001                                   Total Noticed: 4

                                           ecfnotices@rawlings13.net sduncan@rawlings13.net

Natalie Kareda Brown
                    on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA nbrown@rlselaw.com
                    lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com

Natalie Kareda Brown
                    on behalf of Creditor CITIZENS BANK NA F/K/A RBS CITIZENS NA nbrown@rlselaw.com
                    lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com

Thomas Carl Rollins, Jr
                    on behalf of Joint Debtor Jason Daniel Henson trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                    on behalf of Debtor Jennifer Gladwell Henson trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                    USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 6

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Jennifer Gladwell Henson
Jason Daniel Henson

**Case No.:**25−50387−KMS

**Chapter** 13

**To:**  Assignee/Transferee

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603−0587

**To:**  Assignor/Transferor

OneMain Financial Group, LLC−as servicer for OneMa
Financial Credit Card Trust
OneMain Financial
PO Box 981037
Boston, MA 02298

### Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that OneMain Financial Group, LLC as servicer has assigned/transferred its claim in the amount of $812.10 to LVNV Funding LLC.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **June 4, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: May 14, 2026

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

228−563−1790